Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA S. DEAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AURORA BANK F.S.B., a Delaware Corporation, US BANK N.A., a Minnesota Corporation, GREENPOINT MORTGAGE FUNDING, INC., a California Corporation; RAINIER TITLE, a Washington Corporation; GMAC MORTGAGE, LLC f/k/a GMAC MORTGAGE CORPORATION, a Pennsylvania Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; LSI TITLE AGENCY, INC., a Washington Corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a California Corporation,<br><br>Defendants. | NO. C11-05339 RBL<br><br>ORDER GRANTING DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.'S MOTION FOR ATTORNEY FEES AND COSTS |

THIS MATTER having come before the Court on Defendant GreenPoint Mortgage Funding, Inc.'s Motion For Attorney Fees And Costs, and the Court having reviewed the materials submitted in support of and in opposition to the Motion, together with the records and files herein, including the Declaration of John A. Knox, and the exhibits thereto, and the Court

ORDER GRANTING DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.'S MOTION FOR ATTORNEY FEES AND COSTS - 1

(C11-05539 RBL)

3140165.4

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington  98101-2380
(206) 628-6600

1  finding that plaintiff brought claims against GreenPoint that were frivolous and advanced
2  without reasonable cause, and that plaintiff unreasonably and vexatiously compounded this
3  litigation in violation of RCW 4.84.185 and 28 USC § 1927, and that fees and costs should be
4  awarded in favor of GreenPoint under RCW 4.84.185, 28 USC § 1927 and the Court's inherent
5  authority, now, therefore, it is hereby

6  ORDERED that defendant GreenPoint's Motion For Attorney Fees And Costs is
7  GRANTED.

8  IT IS FURTHER ORDERED that attorneys' fees and costs in the amount of $5,000.00
9  are awarded against Plaintiff Linda S. Dean and in favor of Defendant GreenPoint Mortgage
10 Funding, Inc.

11 The Clerk of the Court is directed to enter judgment consistent with this Order and to
12 forward this Order to counsel of record.

13 DATED this 17th day of November, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/John A. Knox_____
John A. Knox, WSBA #12707
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
P:  (206) 628-6600
F:  (206) 628-6611
E:  jknox@williamskastner.com

Attorneys for Defendant GreenPoint Mortgage Funding, Inc.

ORDER GRANTING DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.'S MOTION FOR ATTORNEY FEES AND COSTS - 2

(C11-05539 RBL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington  98101-2380
(206) 628-6600

3140165.4