1    Hon. Ronald B. Leighton

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
                               AT TACOMA
9

     LINDA S. DEAN, an individual,                   NO. C11-05339 RBL
10

11                   Plaintiff,

                                                     ORDER GRANTING DEFENDANT
          vs.                                        GREENPOINT MORTGAGE
12                                                   FUNDING, INC.'S MOTION FOR
                                                     ATTORNEY FEES AND COSTS
13   AURORA BANK F.S.B., a Delaware
     Corporation, US BANK N.A., a Minnesota
14   Corporation, GREENPOINT MORTGAGE
     FUNDING, INC., a California Corporation;
15   RAINIER TITLE, a Washington Corporation;
     GMAC MORTGAGE, LLC f/k/a GMAC
16   MORTGAGE CORPORATION, a
     Pennsylvania Corporation; MORTGAGE
17   ELECTRONIC REGISTRATION SYSTEMS,
     INC., a Delaware Corporation; LSI TITLE
18   AGENCY, INC., a Washington Corporation;
     EXECUTIVE TRUSTEE SERVICES, LLC, a
19   California Corporation,

20
                     Defendants.
21

22        THIS MATTER having come before the Court on Defendant GreenPoint Mortgage

23   Funding, Inc.'s Motion For Attorney Fees And Costs, and the Court having reviewed the

24   materials submitted in support of and in opposition to the Motion, together with the records and

25   files herein, including the Declaration of John A. Knox, and the exhibits thereto, and the Court

26

27   ORDER GRANTING DEFENDANT GREENPOINT MORTGAGE        **Williams, Kastner & Gibbs PLLC**
     FUNDING, INC.'S MOTION FOR ATTORNEY FEES AND COSTS -   601 Union Street, Suite 4100
     1                                                     Seattle, Washington 98101-2380
                                                           (206) 628-6600

     (C11-05539 RBL)

     3140165.4

finding that plaintiff brought claims against GreenPoint that were frivolous and advanced

without reasonable cause, and that plaintiff unreasonably and vexatiously compounded this

litigation in violation of RCW 4.84.185 and 28 USC § 1927, and that fees and costs should be

awarded in favor of GreenPoint under RCW 4.84.185, 28 USC § 1927 and the Court's inherent

authority, now, therefore, it is hereby

ORDERED that defendant GreenPoint's Motion For Attorney Fees And Costs is

GRANTED.

IT IS FURTHER ORDERED that attorneys' fees and costs in the amount of $5,000.00

are awarded against Plaintiff Linda S. Dean and in favor of Defendant GreenPoint Mortgage

Funding, Inc.

The Clerk of the Court is directed to enter judgment consistent with this Order and to

forward this Order to counsel of record.

DATED this 17th day of November, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE


PRESENTED BY:

s/John A. Knox_____
John A. Knox, WSBA #12707
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
P:  (206) 628-6600
F:  (206) 628-6611
E:  jknox@williamskastner.com

Attorneys for Defendant GreenPoint Mortgage
Funding, Inc.

ORDER GRANTING DEFENDANT GREENPOINT MORTGAGE
FUNDING, INC.'S MOTION FOR ATTORNEY FEES AND COSTS -
2

(C11-05539 RBL)

3140165.4